**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**DANNY HOLLOWAY** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 4:12CV100-SA-SAA**

**TRIDENT INSURANCE SERVICES, LLC** **DEFENDANTS**

**ORDER ON MOTION FOR CHANGE OF VENUE**

Defendant's Motion for Change of Venue [6] is hereby GRANTED because the private and public venue factors indicate that an intra-district transfer of the case is appropriate. The case is therefore transferred from the Greenville division to the Aberdeen division of the Northern District of Mississippi.

SO ORDERED this the 30th day of July, 2013.

 /s/ Sharion Aycock
**U.S. DISTRICT JUDGE**